**Adam C. PUGH, Plaintiff—Appellant,**

v.

**Ms. EVANS, Captain; Jeff Williams, Sergeant; Ms. Linda, Nurse; Officer Sullivan; Officer Hickman; Officer Bohemer; Officer Caison, Defendants—Appellees.**

No. 12–7092.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 16, 2012.

Decided: Aug. 21, 2012.

Adam C. Pugh, Appellant Pro Se.

---

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam C. Pugh appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pugh v. Evans,* No. 5:11–ct–03239–D (E.D.N.C. June 20, 2012). We deny Pugh's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*